

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2018

No. 04-17-00811-CV

Richard O. **WEED**, Timothy A. Weed, and Rees R. Oliver, III,
Appellants

v.

**FROST BANK**, Individually and as Independent Executor of the Estate of Rees R. Oliver, Jr.
Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011-PC-2024A
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Patricia O. Alvarez, Justice

Appellants' motion for extension of time to file their motion for rehearing is GRANTED. Appellants' motion for rehearing is due December 14, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court